

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2014

No. 04-14-00364-CV

**IN THE MATTER OF THE MARRIAGE OF A.L.F.L. AND K.L.L., AND IN THE INTEREST OF K.A.F.L., A CHILD,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02421
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

The State's motion is **DENIED AS MOOT** given this court's prior abatement order. This motion may be reurged, if necessary, when the appeal is reinstated.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court